# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-25-01030-CV**

---

**In re Edgar A. Coates**

---

**ORIGINAL PROCEEDING FROM TOM GREEN COUNTY**

---

# M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: January 9, 2026